UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Bryant Duane Griffin,

Plaintiff,

v.

Joan Erickson, Lisa Kirkpatric, and United States,

Defendants.

File No. 25-cv-2807 (ECT/EMB)

**ORDER ACCEPTING REPORT AND RECOMMENDATION**

---

Magistrate Judge Elsa M. Bullard issued a Report and Recommendation on July 23, 2026. ECF No. 4. No party has objected to that Report and Recommendation, and it is therefore reviewed for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 4] is **ACCEPTED**;

2. The action is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff Bryant Duane Griffin's Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 2] is **DENIED AS MOOT**; and

4. The institution having custody of Mr. Griffin (currently the United States Penitentiary in Beaumont, Texas) is **DIRECTED** to collect and remit monthly payments

from Mr. Griffin for this action's filing fee in the manner set forth in 28 U.S.C. § 1915(b)(2).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 20, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court